# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-0446
LT Case Nos. 42-2016-CF-2997-B
42-2020-CF-2086-A
_____

LIL'DERRICYHAN E. JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Michele E. Borchew, of Borchew Law, PLLC, Boca Raton, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

May 12, 2026

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and SOUD, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————